1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-00634-JAM-CSK
     IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-00635-JAM-CSK

13                                              No. 2:25-cv-00637-JAM-CSK

14                                              No. 2:25-cv-00642-JAM-CSK

15                                              No. 2:25-cv-00645-JAM-CSK

16                                              No. 2:25-cv-00649-JAM-CSK

17                                              No. 2:25-cv-00650-JAM-CSK

18                                              No. 2:25-cv-00653-JAM-CSK

19                                              No. 2:25-cv-00655-JAM-CSK

20                                              No. 2:25-cv-00676-JAM-CSK

21

22

23                                              **ORDER**

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                           1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.

9        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00634, 2:25-cv-00635, 2:25-cv-

10  00637, 2:25-cv-00642, 2:25-cv-00645, 2:25-cv-00649, 2:25-cv-00650, 2:25-cv-00653, 2:25-cv-

11  00655 and 2:25-cv-00676 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

12  these cases.  **No further filings will be accepted**.

13

14   Dated: March 05, 2025                    /s/ John A. Mendez

15                                             THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28